Rosa Hodge et al., Appellants, *v.* Niagara Falls Gazette Publishing Company, Respondent.

Submitted January 3, 1956; decided January 5, 1956.

Motion for leave to prosecute appeal as poor persons and for assignment of counsel granted and Findlay, Argy & Hackett, Niagara Falls, New York, assigned as counsel to appellants on the appeal herein.

In the Matter of the Accounting of Arthur V. Jennings, as Coadministrator of the Estate of Walter F. Jennings, Deceased, Respondent. Josephine Jennings et al., Appellants.

Submitted January 3, 1956; decided January 5, 1956.

Motion for an order extending time of appellants to serve and file the record on appeal and their brief herein and adjourning the argument of appeal granted and case set down for argument during the February, 1956, session of the Court of Appeals; the record on appeal to be served and filed by January 9, 1956, and appellants' brief, if any, to be served and filed by January 16, 1956.

The People of the State of New York, Respondent, *v.* Frank Bonino, Appellant.

Submitted October 3, 1955; decided January 5, 1956.

Motion to amend remittitur, for reargument of appeal and for reversal of the conviction granted to the extent that a reargument of the appeal is ordered and case set down for argument during the February, 1956, session of the Court of Appeals. [See 291 N. Y. 541.]